In the Matter of the Petition of ALBERT WEBER to Vacate
the Assessment for a Sewer in Seventh Avenue.

*Supreme Court, First Department, General Term, July 9, 1889.*

1. *Abatement and revival.*—A delay of nearly ten years, where in
   proceedings to vacate an assessment the petitioner, died and no step
   was taken other than the service of the petition, supplies a sub-
   stantial ground of the denial for the motion to revive the proceed-
   ing.
2. *Same.*—The proceeding entirely abated by the death of the tes-
   tator.

Appeal from an order denying a motion to revive the
proceeding by making the trustee of the estate a party
thereto.

*P. A. Hargous*, for appellant.

*G. L. Sterling*, for respondent.

DANIELS, J.—This proceeding was commenced the last
of December, 1873, to vacate an assessment for a sewer in
Seventh avenue, confirmed in May, 1871. The petitioner
died in the summer of 1879, and no further proceedings
appear to have been taken in his behalf than the service of
the petition. By his decease leaving it in this condition,
the proceeding abated, and the delay which has since in-
tervened in making this application, supplied a substantial
ground for the denial of the motion.

For that, and the other reason assigned in the case of
Marshall O. Roberts the order should be affirmed, but as
these several proceedings were argued as one, the costs
already directed to be paid will be sufficient for the indem-
nity of the city. The order should be affirmed, without
costs.

VAN BRUNT, Ch. J., and BRADY, J., concur.